DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCEL D. THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1428

[July 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2013-CF-005008-AXXX-MB.

Marcel D. Thomas, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Wainwright v. State*, SC2025-0708, --- So. 3d ---, 2025 WL 1561151, at *5 (Fla. June 3, 2025) (even if *Erlinger v. United States*, 602 U.S. 821, 144 S.Ct. 1840, 219 L.Ed.2d 451 (2024), constitutes a change of law, it does not apply retroactively).

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***